UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RODNEY LA'RON COVINGTON ]
    Petitioner, ]
     ]
v. ] No. 3:07-0729
     ] Judge Trauger
CHERRY LINDAMOOD ]
    Respondent. ]

## O R D E R

In accordance with the Memorandum contemporaneously entered, the Court finds that the petitioner's *pro se* § 2254 habeas corpus petition (Docket Entry No. 3-2) lacks merit. Accordingly, said petition is DENIED and this action is hereby DISMISSED. Rule 8(a), Rules -- § 2254 Cases.

Should the petitioner file a timely notice of appeal from this order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner has been unable to make a substantial showing of the denial of a constitutional right.

Entry of this order shall constitute the final judgment in this action.

It is so ORDERED.

                                              Aleta A. Trauger
                                              United States District Judge